NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
JAMES L. ELLISON (SBN 302372)
jellison@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 646-4700
Facsimile:  (205) 254-1999

Attorneys for Defendant
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

EVANGELINE F. GROSSMAN State Bar No. 176014
egrossman@efglawyer.com
TONNA K. FAXON State Bar No. 237605
tfaxon@efglawyer.com
EVANGELINE FISHER GROSSMAN LAW
330 North Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 626-1934
Facsimile:  (909) 626-1900

Attorneys for Plaintiffs,
ZAREK DIETZ and KRISTIN DIETZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAREK DIETZ AND KRISTIN DIETZ,<br><br>                    Plaintiffs,<br><br>       v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-00280-SB-PDx<br><br>**NOTICE OF SETTLEMENT** |

{07117252.1}

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT Plaintiffs Zarek Dietz and Kristin Dietz (collectively, "Plaintiffs"), and Defendant First National Insurance Company of America ("First National"), by and through their undersigned counsel of record, have reached an agreement for a full and final settlement of Plaintiffs' claims against First National.

The parties expect to present the Court with a Stipulation and Order for Dismissal of Plaintiffs' operative Complaint within 45 days, once a formal Settlement Agreement and Release is executed and funds are exchanged.

Dated: May 23, 2024                     MAYNARD NEXSEN LLP

                                        By: */s/ Nicholas J. Boos*
                                            NICHOLAS J. BOOS
                                            Attorneys for Defendant
                                            FIRST NATIONAL INSURANCE
                                            COMPANY OF AMERICA

Dated: May 23, 2024                     EVANGELINE FISHER
                                        GROSSMAN LAW

                                        By: */s/ Tonna K. Faxon*
                                            Evangeline F. Grossman
                                            Tonna K. Faxon
                                            Attorneys for Plaintiffs
                                            ZAREK DIETZ and KRISTIN DIETZ

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF SAN FRANCISCO     )

    I am employed in the County of San Francisco, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**NOTICE OF SETTLEMENT**

**[X]     BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing:

Evangeline F. Grossman (SBN 176014)
egrossman@efglawyer.com
Tonna K. Faxon (SBN 237605)
tfaxon@efglawyer.com
EVANGELINE FISHER GROSSMAN LAW
330 North Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 626-1934
Facsimile:  (909) 626-1900

Attorneys for Plaintiffs

    I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on May 23, 2024 in San Francisco, California.

_____
Mila Dunn

{07117252.1}