NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
JAMES L. ELLISON (SBN 302372)
jellison@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendants
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

EVANGELINE F. GROSSMAN State Bar No. 176014
egrossman@efglawyer.com
TONNA K. FAXON State Bar No. 237605
tfaxon@efglawyer.com
EVANGELINE FISHER GROSSMAN LAW
330 North Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 626-1934
Facsimile:  (909) 626-1900

Attorneys for Plaintiffs
ZAREK DIETZ and KRISTIN DIETZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREK DIETZ AND KRISTIN DIETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00280-SB-PDx<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

{07117252.1}

Plaintiffs Zarek Dietz and Kristin Dietz, and Defendant First National Insurance Company of America, hereby stipulate through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this entire action be and is dismissed with prejudice, each party to bear her, his, and its own costs and attorneys' fees.

IT IS SO STIPULATED.

All signatories to this Stipulation and on whose behalf the filing is submitted concur in the Stipulation's content and have authorized its filing.

Dated: July 8, 2024

MAYNARD NEXSEN LLP

By: */s/ Nicholas J. Boos*
NICHOLAS J. BOOS
Attorneys for Defendants
SAFECO INSURANCE COMPANY OF AMERICA;
LIBERTY MUTUAL GROUP, INC.

Dated: July 8, 2024

EVANGELINE FISHER GROSSMAN LAW

By: */s/ Tonna K. Faxon*
Evangeline F. Grossman
Tonna K. Faxon
Attorneys for Plaintiffs
ZAREK DIETZ and KRISTIN DIETZ

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF SAN FRANCISCO )

    I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof to the persons below at the email addresses below:

Evangeline F. Grossman (SBN 176014)
egrossman@efglawyer.com
Tonna K. Faxon (SBN 237605)
tfaxon@efglawyer.com
EVANGELINE FISHER GROSSMAN LAW
330 North Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 626-1934
Facsimile: (909) 626-1900

Attorneys for Plaintiffs

**[X]   BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

    I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 8, 2024 in San Francisco, California.

_____
Brian Day